```
1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11  ROBERT M. LAND,
                                        NO. CIV. S-06-461 LKK/DAD
12          Plaintiff,
13      v.                               O R D E R
14  CITY OF WEED and CHRIS YOUNG,
15          Defendants.
16  _____/
```

Pursuant to court order, a Status Conference is currently set in the above-captioned case on June 26, 2006.  Counsel for plaintiff has failed to timely file a status report.

Accordingly, the court hereby ORDERS that:

1. Counsel for plaintiff is ordered to SHOW CAUSE in writing within ten (10) days why sanctions should not be imposed for failure to timely file a status report;

2. The Status Conference currently set for June 26, 2006 is CONTINUED to August 7, 2006 at 3:00 p.m.; and

1

1      3.  Plaintiff shall file a status report not later than ten
2 (10) days prior to the Status Conference.
3      IT IS SO ORDERED.
4      DATED:  June 22, 2006
5                                  LAWRENCE K. KARLTON
                                   SENIOR JUDGE
6                                  UNITED STATES DISTRICT COURT