UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT M. LAND,

        NO. CIV. S-06-461 LKK/DAD

    Plaintiff,

  v.                                O R D E R

CITY OF WEED and CHRIS YOUNG, an individual,

    Defendants.
_____/

    On June 23, 2006, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for failure to timely file a status report. The court is in receipt of counsel's response. Good cause appearing, the order to show cause is DISCHARGED.

    The court is also in receipt of plaintiff's counsel's request to reset the Status Conference currently set for August 7, 2006.

////

////

1

1  Given the court's schedule, the Status Conference cannot be reset.
2  That said, counsel or his designee may appear telephonically.
3        IT IS SO ORDERED.
4        DATED: July 5, 2006

```
                                /s/ Lawrence K. Karlton
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```