UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT M. LAND,

        NO. CIV. S-06-461 LKK/DAD

    Plaintiff,

  v.                                  O R D E R

CITY OF WEED and CHRIS YOUNG, an individual,

    Defendants.

                          /

The court is in receipt of the parties' request to continue the Status Conference in the above-captioned case. Having considered this request, the status conference currently scheduled for August 7, 2006 at 3:00 p.m. is CONTINUED to August 28, 2006 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: July 17, 2006

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT