LAW OFFICES OF
**JAMES A. WYATT**
2130 EUREKA WAY
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile

STATE BAR NO. 081128

Attorney for Defendants
CITY OF WEED and
CHRIS YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---ooOoo---

| | |
|---|---|
| ROBERT M. LAND,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF WEED and CHRIS YOUNG, an individual;<br><br>        Defendants. | CASE NO. 06-CV 00461 LKK DAD<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL** |

TO THE COURT:

Plaintiff, Robert M. Land, and Defendants, City of Weed and Chris Young, have reached a settlement agreement in which Mr. Land, in exchange for valuable consideration, has agreed to fully and completely release the City of Weed and Officer Chris Young from any and all claims he has or may have arising out of or relating to that certain incident occurring on July 11, 2005,

1

STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL

1 claims are more particularly set forth in the Complaint on file in this action.
2 The parties have further expressly agreed that the terms and conditions of
3 their settlement shall remain strictly confidential.

4     Accordingly, the parties by and through their respective attorneys,
5 hereby stipulate to dismissal of this action with prejudice, each side to bear
6 their own attorney fees and costs.

9 DATED: May 29, 2007     LAW OFFICE OF JAMES A. WYATT

                                     _____
                                     JAMES A. WYATT
                                     Attorney for Defendants
                                     CITY OF WEED and
                                     CHRIS YOUNG

16 DATED: May __, 2007     BLACK, CHAPMAN, WEBBER,
                                     STEVENS, PETERSEN &
                                     LUNDBLADE

                                     _____
                                     THOMAS N. PETERSEN
                                     Attorney for Plaintiff
                                     ROBERT M. LAND

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

2

STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL

## JUDGMENT OF DISMISSAL

Based upon the stipulation of the parties, and good cause therefore appearing, this Court enters a Judgment of Dismissal with Prejudice as to this action and as to all defendants, each party to bear their own attorney fees and costs. The clerk is directed to enter a dismissal of this action in the Court docket.

Date: ___June 4, 2007___

_____
LAWRENCE K. KARLTON
Senior Judge
United States District Court

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

3

STIPULATION TO DISMISS CASE WITH PREJUDICE; JUDGMENT OF DISMISSAL